STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MICHAEL M. KUZNITZ, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 521.

*Messrs. Margulies & Kaplowitz* for the petitioner.

*Mr. H. Russell Morss, Jr.,* and *Mr. John A. Lombardi* for the respondent.

December 5, 1955.   Denied.

ARTHUR DAVIS, PETITIONER-PETITIONER, v. FRANCIS X. MURRAY, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Talisman & Golat* for the petitioner.

*Mr. Edward E. Kuebler* for the respondent.

December 5, 1955.   Denied.